IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 21-cr-00095-PAB | Date: October 22, 2021 |
| Courtroom Deputy: Bernique Abiakam | Court Reporter: Janet Coppock |
| Probation Officer: Gary Burney | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Sonia J. Dave |
| Plaintiff, | |
| v. | |
| LANDON PERRY GRIER, | Robert F. Leveen, Jr. |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING**

**1:34 p.m.    Court in session.**

Court calls case.  Appearances of counsel.  Defendant present on bond.

Preliminary remarks by the Court.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by Defense Counsel, Mr. Leveen.  Comments and questions by the Court.

Statement by the Government, Ms. Dave.

Statement by Defendant.

Statement by the Court regarding Defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:  Defendant shall be placed on Probation for a term of 3 years.**

**ORDERED:  Conditions of Probation, as stated on record.**

**ORDERED:  Defendant shall pay a $25.00 Special Assessment fee, to be paid immediately.**

**ORDERED:  Fine imposed, as stated on the record.**

Defendant advised of right to appeal.

**ORDERED:  Bond is EXONERATED.**

**2:04 p.m.     Court in recess.**

Hearing concluded.
Total time in court:    00:30